IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

SHERMAN DIVISION

| | | |
|---|---|---|
| LAWRENCE BRANDON | § | |
| VS. | § | CIVIL ACTION NO. 4:05cv111 |
| COLLIN COUNTY DETENTION FACILITY, ET AL. | § | |

MEMORANDUM ORDER ADOPTING THE MAGISTRATE
<u>JUDGE's REPORT AND RECOMMENDATION</u>

Plaintiff Lawrence Brandon, formerly an inmate confined at the Collin County Detention Facility, proceeding *pro se*, brought this civil rights suit pursuant to 42 U.S.C. § 1983 against the Collin County Detention Facility, Lieutenant S. Sheely, Officer Tucker, and Officer A. Merricher.

The court heretofore referred this matter to the Honorable Don D. Bush, United States Magistrate Judge, at Sherman, Texas, for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge recommends this action be dismissed for want of prosecution.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

O R D E R

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge is **ADOPTED**.  A final judgment will be entered in this case in accordance with the Magistrate Judge's recommendations.

**SIGNED this 9th day of December, 2005.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE